# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 651 MAL 2020

           Respondent          :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

               v.                 :

ABRAHAM MICHELE MAMAN,      :

           Petitioner           :


COMMONWEALTH OF PENNSYLVANIA,   :    No. 652 MAL 2020

           Respondent          :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

               v.                 :

ABRAHAM MICHELE MAMAN,      :

           Petitioner           :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 24th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.